**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL DEWAYNE ALLEN, | ) | NO. CV 12-9981-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DR. MASAMENO, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 3, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE